IN THE UNITED STATES DISTIRCT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| Government | : | Nos. 24-87-2 & 24-321 |
| v. | : | |
| MASON WILLIAMS-SURZANO | | |
| Defendant | : | |

### ORAL MOTION AND ORDER

**AND NOW**, this 10th day of January, 2025, upon consideration of the Government's oral motion made on January 8, 2025 during a sentencing hearing in Criminal Action No. 24-321 to dismiss the Indictment in Criminal Action No. 24-87-2, it is **ORDERED** that the Government's motion is **GRANTED** for the reasons set forth on the record.  The Indictment as to **Defendant Mason Williams-Surzano only**, Criminal Action No. 24-87-2, shall be **DISMISSED**.

   IT IS SO ORDERED.

                                                                */s/ Karen Spencer Marston*
                                                                KAREN SPENCER MARSTON, J